ANGELA D. CHARRON *v.* DANIEL G. STOUGHTON ET AL.
(12068)

O'CONNELL, FOTI and LAVERY, Js.

Argued December 7, 1993—decision released January 4, 1994

*Patsy M. Renzullo,* for the appellant (named defendant).

*John W. Pickard,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

ERNEST CORRIVEAU ET AL. *v.* AETNA CASUALTY AND
SURETY COMPANY
(11866)

DUPONT, C. J., LAVERY and SPEAR, Js.

Argued December 9, 1993—decision released January 4, 1994

*Alan M. Solomon,* with whom, on the brief, were *Sandra K. Gerber* and *Christopher Hynes,* legal intern, for the appellants (plaintiffs).

*Joel J. Rottner,* with whom, on the brief, was *Barbara B. Sacks,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.